No. 86–281. RAY v. UNITED STATES. C. A. 5th Cir. [Certiorari granted, 479 U. S. 960.] Further consideration of motion of the Solicitor General to vacate judgment deferred to hearing of case on the merits.

No. 86–509. BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES v. GILLIARD ET AL.; and

No. 86–564. KIRK, SECRETARY, NORTH CAROLINA DEPARTMENT OF HUMAN RESOURCES, ET AL. v. GILLIARD ET AL. D. C. W. D. N. C. [Probable jurisdiction noted, 479 U. S. 1004.] Motion of the Solicitor General for divided argument granted.

No. 86–595. UNITED STATES v. FAUSTO. C. A. Fed. Cir. Motion of respondent to amend the question presented denied. Motion of respondent to file a brief *pro se* granted. Motion of respondent to present oral argument *pro se* denied. John M. Nannes, Esquire, of Washington, D. C., a member of the Bar of this Court, is invited to brief and argue this case as *amicus curiae* in support of the judgment below.

No. 86–935. REGENTS OF THE UNIVERSITY OF CALIFORNIA v. PUBLIC EMPLOYMENT RELATIONS BOARD ET AL. Appeal from Ct. App. Cal., 1st App. Dist. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 86–1145. PATRICK v. BURGET ET AL. C. A. 9th Cir. Motion of Joint Commission on Accreditation of Hospitals et al. for leave to file a brief as *amici curiae* granted. The Solicitor General is invited to file a brief in this case expressing the views of the United States. JUSTICE BLACKMUN took no part in the consideration or decision of these orders.

No. 86–6296. LAMBERT v. DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR. C. A. 6th Cir. Motion of petitioner to consolidate this case with No. 86–327, *Mullins Coal Co.* v. *Director, Office of Workers' Compensation Programs* [certiorari granted, 479 U. S. 1029], denied.

No. 86–1042. CITY OF LAKEWOOD v. PLAIN DEALER PUBLISHING CO. Appeal from C. A. 6th Cir. Probable jurisdiction noted.